George Francis Walliser and Elsie Bareis Walliser, Appellants, v. Northern Trust Company of Chicago, Trustee Under Last Will of William Walliser, Deceased, Kathryn E. Wilson, Mary Wilson, a Minor et al., Appellees.

Gen. No. 10,457. 

Weaver & Weaver, and George W. Thoma, for appellants; William P. Shattuck, of counsel; Edwin A. Halligan, R. A. Bierdemann, Emil J. Benson, and John S. Woodward, for appellees. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed July 12, 1951; released for publication August 1, 1951.